IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DEBORAH KAY GARCIA | § | |
| v. | § | CIVIL ACTION NO. 6:14cv998 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

Plaintiff Deborah Kay Garcia filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioners's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the case should be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) based on the Commissioner's own motion to remand.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Neither party has filed any objections. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the decision of the Commissioner is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Commissioner's motion and the findings herein, pursuant to the fourth sentence of 42 U.S.C. § 405(g). It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

It is SO ORDERED.

SIGNED this 23rd day of July, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE